## DAVID RICHARDS v. EZEKIEL SMITH.

Court of Common Pleas.   November, 1795.

*Wilson's Red Book, 87.*

*N. B.* I refused to file the deposition, unless the Court would say they had a right to direct it, which, the Court, as soon as I said so, directed to be done.